UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COREY BROWN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: 21-431 |
| | * | |
| JOSEPH P. LOPINTO, III, IN HIS OFFICIAL CAPACITY AS SHERIFF OF JEFFERSON PARISH AND DEPUTY SEAN HAYES, IN HIS INDIVIDUAL CAPACITY AS A JEFFERSON PARISH DEPUTY SHERIFF | * * * * * * | SEC. I, MAG. 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S ANSWER TO COMPLAINT

Defendant Sean Hayes (hereinafter "Mr. Hayes"), through undersigned counsel, hereby answers Plaintiff's Complaint for sexual assault and civil rights violations (hereinafter "Complaint"):

### DEFENSE 1

Plaintiff has failed to state a claim upon which relief can be granted.

### DEFENSE 2

Mr. Hayes responds to each numbered paragraph of Plaintiff's Complaint as follows:

1. The allegations in paragraph 1 consist of Plaintiff's characterization of this complaint, to which no response is required.

2. The allegations in Paragraph 2 consist of Plaintiff's legal conclusions regarding subject matter jurisdiction to which no response is required.

3. The allegations in Paragraph 3 consist of Plaintiff's legal conclusions regarding supplemental jurisdiction to which no response is required.

4. The allegations in Paragraph 4, consist of Plaintiffs legal conclusion regarding personal jurisdiction, to which no response is required.

5. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of allegations in paragraph 5.

6. As to Paragraph 6, Mr. Hayes admits as to having previously worked at the Jefferson Parish Correctional Center at some point in the past. Mr. Hayes admits to being of the age of majority as well as a citizen of the State of Louisiana. As to remaining allegations, Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7. Mr. Hayes denies the allegations in Paragraph 7.

8. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11. Mr. Hayes admits to being previously employed by the Jefferson Parish Correctional Center. As to remaining allegations, Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

12. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14. Mr. Hayes denies the allegations in Paragraph 14.

15. Mr. Hayes admits to being falsely arrested. Mr. Hayes admits a criminal case is currently pending with him as Defendant. As to remaining allegations, Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18. Mr. Hayes denies that the existence of "this sexual assault". As to remaining allegations, Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22. Mr. Hayes denies the existence of "The defendant HAYES sexual assault of BROWN". Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23. Mr. Hayes denies having a history of inappropriate sexual misconduct with inmates. As to remaining allegations, Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26. Mr. Hayes denies the allegations in Paragraph 26.

27. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

29. As to Paragraph 29, Mr. Hayes repeats and responds to each and every allegation previously answered. To the extent a response is deemed necessary, Mr. Hayes denies the allegations in Paragraph 29.

30. Mr. Hayes denies the allegations in Paragraph 30.

31. Mr. Hayes denies the allegations in Paragraph 31.

32. Mr. Hayes denies the allegations in Paragraph 32.

33. As to Paragraph 33, Mr. Hayes repeats and responds to each and every allegation previously answered. To the extent a response is deemed necessary, Mr. Hayes denies the allegations in Paragraph 33.

34. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

35. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37. As to Paragraph 37, Mr. Hayes repeats and responds to each and every allegation previously answered. To the extent a response is deemed necessary, Mr. Hayes denies the allegations in Paragraph 37.

38. The allegations in Paragraph 38 consist of Plaintiff's legal conclusions regarding supplemental jurisdiction to which no response is required.

39. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40. Mr. Hayes denies the allegations in Paragraph 40.

41. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

42. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43. Mr. Hayes lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

44. Mr. Hayes denies the allegations in Paragraph 44.

45. The remainder of the Complaint sets forth Plaintiff's requested relief, to which no response is required. To the extent a response is deemed necessary, Mr. Hayes denies the allegations contained in the remaining paragraphs of the Complaint and further avers that

Plaintiff is not entitled to the requested relief or any other relief. Mr. Hayes hereby denies all allegations in Plaintiff's Complaint not expressly admitted or denied.

**WHEREFORE,** having fully answered Plaintiffs Complaint, Defendant, Mr. Hayes asserts that Plaintiff is not entitled to the relief requested or to any relief whatsoever, and requests that this action be dismissed in its entirety with prejudice and that Defendant be given such other relief as this court deems proper.

Dated: May 11, 2021     Respectfully Submitted,
  _/s/ Stavros Panagoulopoulos_
Stavros Panagoulopoulos, #33622
**PELICAN LAW GROUP, LLC**
2125 St. Charles Avenue
New Orleans, LA 70130
**Phone:** 504-308-1300
**Email:** Stavros.P@pelicanlawgroup.com

  _/s/   Kellie Fox_
Kellie Fox, #36849
**KD LAW, LLC**
110 James Drive West
Suite 200
St. Rose, LA 70087
**Phone:** 504-905-6441
**Email**: Fox@kdlaw.online

*Counsel for Defendant*
*Sean Hayes*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was served in accordance with this Court's electronic filing procedures on this 11th day of May 2021 to:

**Gary W. Bizal, LLC**
Attn: Gary W. Bizal
4907 Magazine Street
New Orleans, LA 70115
(504) 525-1328
gary@garybizal.com

    */s/ Kellie Fox*
KELLIE FOX