UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COREY BROWN** | **CIVIL ACTION** |
| **VERSUS** | **No. 21-431** |
| **JOSEPH P. LOPINTO, III, ET AL.** | **SECTION I** |

### ORDER

Considering the August 18, 2021 oral confirmation from attorney Gary W. Bizal, counsel for plaintiff Corey Brown, that plaintiff does request to dismiss this case with prejudice as to all defendants,

**IT IS ORDERED** that counsel's oral motion is **GRANTED**. The above-captioned case is hereby **DISMISSED WITH PREJUDICE** as to all defendants.

New Orleans, Louisiana, August 19, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE